# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

JACQUELINE HARRIS,

    Plaintiff,

    V.                    Case No. 05-0549-CV-W-REL-SSA

JO ANNE B. BARNHART,

    Defendant.

■    **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED**:

    that defendant's motion (Doc. #19) is granted. The final sentence of my September 29, 2006, ruling is amended to read, "Pursuant to Sentence Four, the decision of the Commissioner is remanded based on the failure to include manipulative limitations in the hypothetical questions posed to the vocational expert, for further proceedings to be conducted in accordance with the directives contained in Section V".

                        P. L. BRUNE
                        CLERK OF COURT

                        */s/ Bonnie J. Rowland*
                        Deputy Clerk